IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-001075-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

TYRON DUANTE SMALL,

      Plaintiff,

v.

JEFF HUDDLESTON, Detective,
MARC CHACON, Detective,
DANIEL THOMPSON, Officer, and
MELISSA BURCHELL, Deputy District Attorney,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

      Plaintiff, Tyron Duante Small, is a prisoner in the custody of the Colorado

Department of Corrections who currently is incarcerated at the Colorado State

Penitentiary in Canón City, Colorado.  He has submitted *pro se* a Prisoner Complaint

(Doc. # 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28

U.S.C. § 1915 (Doc. # 3).  As part of the court's review pursuant to D.C.COLO.LCivR

8.2, the court has determined that the submitted documents are deficient as described

in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his

claims.  Any papers that Plaintiff files in response to this order must include the civil

action number noted above in the caption of this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    __      is not submitted
(2)    __      is missing affidavit
(3)    _X_    is missing certified copy of prisoner's trust fund statement for the 6-month
                  period immediately preceding this filing
(4)    __      is missing certificate showing current balance in prison account

(5)   __      is missing required financial information

(6)   __      is missing an original signature by the prisoner

(7)   __      is not on proper form (<u>must use the court's current form revised 10/01/12 with Authorization and Certificate of Prison Official</u>)

(8)   __      names in caption do not match names in caption of complaint, petition or habeas application

(9)   __      An original and a copy have not been received by the court. Only an original has been received.

(10)  X      other: <u>certified account statement accompanying § 1915 motion and affidavit is necessary only if $350.00 filing fee is not paid in full in advance.</u>


**Complaint, Petition or Application**:

(11)   __      is not submitted

(12)   __      <u>is not on proper form (must use the court's current form)</u>

(13)   __      is missing an original signature by the prisoner

(14)   __      is missing page nos.

(15)   __      uses et al. instead of listing all parties in caption

(16)   __      An original and a copy have not been received by the court. Only an original has been received.

(17)   __      Sufficient copies to serve each defendant/respondent have not been received by the court.

(18)   __      names in caption do not match names in text

(19)   __      other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this order**, the action will be dismissed without further notice.

DATED April 23, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge