IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01075-BNB

TYRON DUANTE SMALL,

    Plaintiff,

v.

MELISSA YANG, District Attorney,
JEFF HUDDLESTON, Detective,
MARC CHACON, Detective, and
DANIEL THOMPSON, Officer.

    Defendants.

## ORDER DRAWING CASE

Plaintiff, Tyrone Duante Small, acting *pro se*, has filed an Amended Complaint. (Doc. # 9). He has been granted leave to proceed pursuant to 28 U.S.C. § 1915. After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED May 31, 2013, at Denver, Colorado.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge