IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-01075-REB-CBS

TYRON DUANTE SMALL,

    Plaintiff,

v.

DISTRICT ATTORNEY MELISSA YOUNG,
DETECTIVE JEFF HUDDLESTON,
DETECTIVE MARC CHACON, and
OFFICER DANIEL THOMPSON,

    Defendants.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Adopting Recommendation of the United States Magistrate Judge** [#36] entered by Judge Robert E. Blackburn on October 31, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#35], filed October 10, 2013, is **APPROVED AND ADOPTED** as an order of this court;

2. That **Defendants' Motion To Dismiss (Pro Se Prisoner) Amended Complaint** [#25], filed July 2, 2013, is **GRANTED**;

3. That **Defendant Young's Motion To Dismiss Amended Complaint and Jury Demand (Doc. No. 9) Pursuant to Fed. R. Civ. P. 12(b)(1) and (6)** [#26], filed July 2, 2013, is **GRANTED**;

4. That plaintiff's claims are **DISMISSED WITH PREJUDICE** as barred by limitations;

5. That judgment with prejudice **SHALL ENTER** on behalf of defendants, District Attorney Melissa Young; Detective Jeff Huddleston; Detective Marc Chacon; and Officer Daniel Thompson, against plaintiff, Tyron Duante Small, as to all claims and causes of action asserted against them herein; and

6. That the defendants are **AWARDED** their costs to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 31st day of October, 2013.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/Kathleen Finney
    Kathleen Finney
    Deputy Clerk